IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02284-RPM

TAHYS ACEVEDO and
LARRY WAAG, JR.,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

JBS USA, LLC,

      Defendant.

---

## ORDER ON MOTION TO STAY PROCEEDINGS

This matter comes before the Court on Defendant.s Unopposed Motion to Stay Proceedings. Currently before the Court is another case, *Castaneda et al v. JBS USA LLC,* Civil Action No. 08-cv-01833-RPM which involves the same claims and arises from the same operative facts. To proceed with this case while the *Castaneda* would not be a good use of Judicial resources and, at this time would not be a good use of the parties. resources. It is therefor

ORDERED that the proceedings in this case be stayed and the case held in abeyance until a final judgment is entered in the *Castaneda* case. The March 8, 2012, scheduling conference is vacated.

DATED: March 6, 2012

BY THE COURT

_____
Richard P. Matsch, Senior Judge