IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02284-RPM

TAHYS ACEVEDO and
LARY WAAG, JR.,,,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

JBS USA, LLC,

      Defendant.

_____

ORDER FOR ADMINISTRATIVE CLOSURE AND DENIAL OF MOTION TO DISMISS
_____

This civil action has been stayed since March 6, 2012, because of the pendancy of

*Castaneda, et al., v. JBS USA, LLC,* Civil Action No. 08-cv-01833-RPM.  A final judgment was

entered in that case on May 6, 2014.  On May 7, 2014, the defendant filed a motion to dismiss

this civil action based on claim preclusion from that final judgment.  The plaintiffs filed their

opposition on May 28, 2014, and filed a notice of appeal in the *Castaneda* case.  Because the

appeal of *Castaneda* could result in a new trial, it would be improper to dismiss this case with

prejudice.  Because the duration of the appellate process is not predictable, it is now

ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR

41.2 and the defendant's motion to dismiss is denied.

Dated:   June 24th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge